UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RANDAL N. WIIDEMAN,<br>    #22306 | )<br>)<br>) | |
| Plaintiff, | ) | 3:11-cv-00062-ECR-RAM |
| vs. | )<br>)<br>) | **ORDER** |
| STATE OF NEVADA, *et al.*, | )<br>) | |
| Defendants. | )<br>/ | |

This is a prisoner civil rights action. On May 9, 2011, plaintiff filed his second amended complaint (docket #15). The court has not yet reviewed the second amended complaint.

However, the court takes judicial notice of its docket, and plaintiff has another action pending before this court in which he has also brought the claims he asserts here. *See Wiideman v. State*, 3:11-00174-ECR-RAM. This court has granted plaintiff leave to amend his claims in 3:11-cv-00174-ECR-RAM. Accordingly, because these actions are duplicative and in the interests of judicial economy, this action shall be dismissed. Plaintiff shall bring all of his claims regarding the Eighth Amendment and the alleged denial of canteen items while in disciplinary segregation per Administrative Regulation 733 in his amended complaint in case no. 3:11-cv-00174, if he chooses to file an amended complaint in that action.

1  **IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice**.

2  **IT IS FURTHER ORDERED** that plaintiff shall bring the claims set forth in this action
3  in his amended complaint in case no. 3:11-cv-00174-ECR-RAM, if he chooses to file an amended
4  complaint in that action.

5  **IT IS FURTHER ORDERED** that the Clerk shall send to plaintiff one copy of the first
6  amended complaint (docket #13) and one copy of the second amended complaint (docket #15).

7  **IT IS FURTHER ORDERED** that the Clerk **SHALL FILE** a copy of this Order in
8  3:11-cv-00174-ECR-RAM.

9  **IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly
10  and close this case.

12  DATED this 18th day of May 2011.

*Edward C. Reed.*
UNITED STATES DISTRICT JUDGE