

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDAL N. WIIDEMAN, | ) |
| Plaintiff, | ) 3:11-cv-00174-ECR-RAM |
| vs. | ) ORDER |
| STATE OF NEVADA, *et al.*, | ) |
| Defendants. | ) |

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed his first amended complaint on May 26, 2011 (docket #10). However, on that same date, the court issued an Order in another case brought by plaintiff, 3:11-cv-0155-ECR-RAM, that dismissed the access to courts claim in that action and directed plaintiff to bring all access to courts claims in this action (*see* copy of Order, docket #11). Moreover, on May 18, 2011, the court had issued an Order in yet another action brought by plaintiff, 3:11-cv-00062-ECR-RAM, that dismissed that action and directed plaintiff to bring all Eighth Amendment claims regarding canteen items in this action (*see* copy of Order #8).

Because the above-described events occurred close in time, the court will give plaintiff the opportunity to file a second amended complaint, if necessary, to set forth all claims that he has been directed to bring in this action. Plaintiff is advised to review the Screening Order in this case (docket

#7) as well as the orders discussed above. If for any reason plaintiff omitted any claims in his first amended complaint, he has leave to file a second amended complaint. Accordingly, plaintiff has thirty (30) days from the date this Order is entered to file a second amended complaint. If plaintiff elects not to file a second amended complaint, the court will screen his first amended complaint (docket #10).

**IT IS THEREFORE ORDERED** that plaintiff has **thirty (30) days** from the date that this Order is entered to file his second amended complaint, if any. The second amended complaint must be a complete document in and of itself, and will supersede the original complaint in its entirety. Any allegations, parties, or requests for relief from prior papers that are not carried forward in the second amended complaint will no longer be before the court.

**IT IS FURTHER ORDERED** that plaintiff shall clearly title the amended complaint as such by placing the words "SECOND AMENDED" immediately above "Civil Rights Complaint Pursuant to 42 U.S.C. § 1983" on page 1 in the caption, and plaintiff shall place the case number, **3:11-CV-00174-ECR-RAM**, above the words "SECOND AMENDED" in the space for "Case No."

**IT IS FURTHER ORDERED** that plaintiff is expressly cautioned that if he does not timely file a second amended complaint in compliance with this Order, the court shall screen his first amended complaint (docket #10).

**IT IS FURTHER ORDERED** that the Clerk shall send to plaintiff a blank section 1983 civil rights complaint form with instructions along with one copy of the original complaint (docket #9), the first amended complaint (docket #10) as well as one copy of each of the following orders: docket #s 7, 8, and 11.

DATED: June 15, 2011.

_____
UNITED STATES MAGISTRATE JUDGE