UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| RANDALL N. WIIDEMAN, | ) | 3:11-cv-00174-ECR-WGC |
| | ) | |
|     Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATE: March 28, 2012 |
| | ) | |
| RENEE BAKER, et al., | ) | |
| | ) | |
|     Defendant. | ) | |

PRESENT:      EDWARD C. REED, JR.                           U. S. DISTRICT JUDGE

Judicial Assistant:   Candace Knab      Reporter:      NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On March 1, 2012, the Magistrate Judge filed a Report and Recommendation (#29) recommending that Defendants' Motion to Dismiss Based on Suggestion of Death (#26) be granted.  No objections were filed.

    **IT IS, THEREFORE, HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (#29) is well taken and is **APPROVED** and **ADOPTED**. Defendants have represented to the Court that Plaintiff passed away on or about October 23, 2011, and that no successor or representative of Plaintiff is known or readily available.

    **IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss Based on Suggestion of Death (#26), filed on February 2, 2012, is **GRANTED**.

    The Clerk shall enter judgment accordingly.

LANCE S. WILSON, CLERK

By      /s/
Deputy Clerk